In the Matter of JOSEPH B. CAVALLARO, Respondent, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Respondents, and SYLVESTER F. SABBATINO, Appellant.

Argued July 19, 1944; decided July 19, 1944.

*Anthony J. Graziano* for appellant.

*Abraham J. Multer, John P. McGrath* and *Harry Serper* for petitioner-respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.